IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JIMMIE HOWARD FORMAN, | * |
| Plaintiff, | * |
| v. | Case No. 1:24-CV-7 (LAG)(TQL) |
| | * |
| NURSE MURPHY, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 17, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of July, 2024.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk